FILED
MAY - 7 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN ALBERT RICHARDSON,<br><br>    Petitioner,<br><br>v.<br><br>P.L. VASQUEZ, Warden,<br><br>    Respondent. | Case No. CV 04-1193-RGK (MLG)<br><br>ORDER TO SHOW CAUSE WHY JUDGMENT SHOULD NOT BE ENTERED |

This matter is before the court on a Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, following reversal by the United States Court of Appeals for the Ninth Circuit. *Richardson v. Vasquez*, Case No. 08-55201 (9th Cir., March 12, 2010). The mandate was issued on May 5, 2010.

In an order and judgment entered November 1, 2006, District Judge R. Gary Klausner adopted my September 11, 2006, Report and Recommendation, which concluded that the petition should be denied because the trial court's imposition of a 28 years to life sentence, following conviction of failing to register a change of address, in violation of Cal. Penal Code § 290(a)(1)(A)(B) did not violate the

Eighth Amendment to the United States Constitution.

In reversing and remanding this decision the Ninth Circuit disagreed. The Court stated: "A sentence of 28 years to life for a § 290 violation of this nature is grossly disproportionate to the offense and therefore, runs afoul of the Eighth Amendment." *Gonzales v. Duncan*, 551 F.3d 875, 877 (9th Cir. 2008).

It is the intent of the Court to recommend that judgment be entered granting the petition for writ of habeas corpus and directing that state court proceedings to resentence Petitioner commence within 60 days of the date of the Order. Objections to entry of such an Order and Judgment shall be filed no later than May 19, 2010.

Dated: May 6, 2010

Marc L. Goldman
United States Magistrat Judge