ENTERED
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 28 2010
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN ALBERT RICHARDSON,<br><br>    Petitioner,<br><br>    v.<br><br>P.L. VASQUEZ, Warden,<br><br>    Respondent. | Case No.  CV 04-1193-RGK (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is GRANTED. The state superior court shall release or resentence Petitioner within 60 days of this date.

Dated: MAY 28 2010

_____
R. Gary Klausner
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 28 2010
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY