

FILED
CLERK, U.S. DISTRICT COURT
JUN 17 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALBERT RICHARDSON, | Case No. ED CV 04-01193-RGK (MLG) |
| Petitioner, | |
| v. | JUDGMENT |
| P. VASQUEZ, WARDEN | |
| Respondent. | |

On June 11, 2010, the Court ordered Respondent to show cause why Petitioner is not entitled to immediate release for having served more than the maximum prison term possible. Respondent filed a briefing that "[a]cknowledges that [Petitioner] may have served all the time necessary to satisfy the sentence that is likely to be awarded at his resentencing." (Doc. No. 75, at 2:13-15.) Respondent points out that the Court's calculation of the maximum amount of credits may be incorrect. Nonetheless, Respondent does not dispute that Petitioner is entitled to enough credits that would render his current imprisonment illegal. Accordingly, Respondent does not suggest that this Court lacks authority or justification to order Petitioner's release.

Respondent only seeks that this Court order Petitioner to remain in this jurisdiction until his re-sentencing date of June 30, 2010. Petitioner has not opposed.

Accordingly, the Court orders that Petitioner be released from California State Prison, forthwith, pending his re-sentencing. Petitioner shall not leave the Central District of California until his re-sentencing on June 30, 2010.

**IT IS SO ORDERED.**

DATE: JUN 1 7 2010

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

2